IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIK K. HAYWARD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2480-K-BW |
| | § | |
| ALEJANDRO N. MAYORKAS, | § | |
| SECRETARY, DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. Objections were filed. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Defendant's motion to dismiss Plaintiff Hayward's claims for failure to state a claim under Rule 12(b)(6), (Dkt. No. 10).

**SO ORDERED**.

Signed May 14th, 2025.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE